Employee Number: 116565 — mo

# ATHLETIC COACHING CONTRACT WITH NON-EXEMPT SCHOOL PERSONNEL

This contract is entered into by the **FAIRFAX COUNTY SCHOOL BOARD**, hereinafter referred to as the "School Board," and James Purdham _____, hereinafter referred to as the "**Coach.**"

The School Board and the Coach agree that the Coach will perform the following athletic coaching assignment: Golf Coach _____ subject to the authority of the School Board, under the supervision and direction of the Division Superintendent or designee, subject to the Code of Virginia and subject to the following conditions:

1. The Coach shall perform such pertinent duties during the period of this assignment as are deemed necessary under the authority of the School Board, Division Superintendent, and under supervision and direction of the school principal or designee.

2. The Coach shall comply with all applicable laws, Virginia Board of Education regulations, School Board policies, and regulations of the Division Superintendent now or hereafter in effect.

3. This contract may be terminated by either party with or without cause by providing reasonable notice in writing to the other party. Any Coach may be suspended from the performance of his or her duties at the discretion of the principal prior to the termination of the contract.

4. The Coach agrees and acknowledges that this employment does not qualify as service toward continuing contract eligibility, does not constitute teaching experience, and does not create any rights of any type in favor of the Coach other than the compensation referred to herein.

5. This agreement is for an athletic coaching assignment from September 2005 through November 2005
   commencing September 2005.

6. The Coach will be paid a stipend in the amount of $1,973.00 (the equivalent of $14 per hour for the contract term) for services in the coaching position. This stipend will be in addition to the Coach's hourly wage for his/her FCPS primary position. If the combined hours of the primary position and the coaching position exceed 40 in any workweek, the Coach will receive premium pay at the rate of 1.5 times the rate applicable to the type of work performed during the overtime hours, less any stipend amount paid. The School Board shall deduct from the Coach's compensation as required by law.

7. Termination of this agreement by either party shall not, in itself, constitute cause for termination of any separate teaching contract between the Coach and the School Board.

8. The School Board delegates to the Division Superintendent or designee the authority to initiate and terminate this Agreement, and to take such other actions as may be in the school system's interests in regard to performance under this agreement.

9. All Coaches are required to successfully complete the VHSL Coaching Education program no later than one year after beginning their first FCPS coaching contract. After the first year, no Coach may hold a coaching position until he or she provides proof of successful completion of the program. Individuals who have previously held an FCPS coaching position must complete the program not later than August 1, 2003, or their coaching contracts will not be renewed until successful completion of the program has been verified. By signing below, the Coach certifies that:
   (a) This is my first FCPS coaching contract  ☐ yes  ☑ no
   (b) I have successfully completed all the components of the program contract  ☑ yes  ☐ no
   (c) I understand that I must successfully complete (or have successfully completed) all components of the program before receiving a new or renewed coaching contract  ☑ yes  ☐ no
   I will provide proof of my successful completion of all components of the program on request of the principal.

10. All Coaches, regardless of whether they are monthly or biweekly time reporters, will submit weekly timesheets recording all hours worked in their coaching assignments. Timesheets should be submitted to the Director of Student Activities at the school where the coaching position is located.

This contract must be signed by all parties prior to the beginning of the coaching assignment.

RECEIVED by the OFFICE OF SALARY SERVICES AUG 26 2005

_____ _____
Chairman of the School Board    Clerk of the School Board

_____  _____  8/12/05
Employee's Signature           Social Security Number      Date

_____  Hayfield Sec.  8-25-05
Principal's Signature         School          Date

Approved By: _____
Assistant Superintendent for Human Resources or Designee

1000-1973.00

FCPS 00178

ZQI
1806002503
HC18D

Employee Number: 116565 – MO

# ATHLETIC COACHING CONTRACT WITH SCHOOL PERSONNEL

This contract is entered into by the **FAIRFAX COUNTY SCHOOL BOARD**, hereinafter referred to as the "School Board," and James Purdham, hereinafter referred to as the "**Coach.**"

The School Board and the Coach agree that the Coach will perform the following athletic coaching assignment: Golf Coach subject to the authority of the School Board, under the supervision and direction of the Division Superintendent or designee, subject to the Code of Virginia and subject to the following conditions:

1. The Coach shall perform such pertinent duties during the period of this assignment as are deemed necessary under the authority of the School Board, Division Superintendent, and under supervision and direction of the school principal or designee.

2. The Coach shall comply with all applicable laws, Virginia Board of Education regulations, School Board policies, and regulations of the Division Superintendent now or hereafter in effect.

3. This contract may be terminated by either party with or without cause by providing reasonable notice in writing to the other party. Any Coach may be suspended from the performance of his or her duties at the discretion of the principal prior to the termination of the contract.

4. The School Board agrees to pay the Coach $2,032.00 payable in accordance with established payroll procedures. The Coach agrees and acknowledges that this employment does not qualify as service toward continuing contract eligibility, does not constitute teaching experience, and does not create any rights of any type in favor of the Coach other than the compensation referred to herein.

5. This agreement is for an athletic coaching assignment from September 2006 (beginning month and year) through November 2006 (ending month and year) commencing September 2006.

6. The School Board shall deduct from the monetary compensation all deductions required by law.

7. Termination of this agreement by either party shall not, in itself, constitute cause for termination of any separate teaching contract between the Coach and the School Board.

8. The School Board delegates to the Division Superintendent or designee the authority to initiate and terminate this Agreement, and to take such other actions as may be in the school system's interests in regard to performance under this agreement.

9. All Coaches are required to successfully complete the VHSL Coaching Education program no later than one year after beginning their first FCPS coaching contract. By signing below, the Coach certifies that:

    (a) This is my first FCPS coaching contract  ☐ yes  ☑ no
    (b) I have successfully completed all the components of the program contract  ☑ yes  ☐ no
    (c) I understand that I must successfully complete (or have successfully completed) all components of the program before receiving a new or renewed coaching contract  ☑ yes  ☐ no

I will provide proof of my successful completion of all components of the program on request of the principal.

**This contract must be signed by all parties prior to the beginning of the coaching assignment.**

RECEIVED by the OFFICE OF SALARY SERVICES
SEP 11 2006

_____ Chairman of the School Board

_____ Clerk of the School Board

_____ Employee's Signature

_____ Social Security Number

8/2/06 Date

_____ Principal's Signature

Hayfield Sec. School

8.30.06 Date

Approved By: _____ Assistant Superintendent for Human Resources or Designee

NOV 30 2032

FCPS 00171



Employee Number: 116565 - 010

## ATHLETIC COACHING CONTRACT WITH SCHOOL PERSONNEL

This contract is entered into by the **FAIRFAX COUNTY SCHOOL BOARD**, hereinafter referred to as the "School Board," and James Purdham, hereinafter referred to as the "Coach."

The School Board and the Coach agree that the Coach will perform the following athletic coaching assignment: Head Coach - Golf subject to the authority of the School Board, under the supervision and direction of the Division Superintendent or designee, subject to the Code of Virginia and subject to the following conditions:

1. The Coach shall perform such pertinent duties during the period of this assignment as are deemed necessary under the authority of the School Board, Division Superintendent, and under supervision and direction of the school principal or designee.

2. The Coach shall comply with all applicable laws, Virginia Board of Education regulations, School Board policies, and regulations of the Division Superintendent now or hereafter in effect.

3. This contract may be terminated by either party with or without cause by providing reasonable notice in writing to the other party. Any Coach may be suspended from the performance of his or her duties at the discretion of the principal prior to the termination of the contract.

4. The School Board agrees to pay the Coach $ 2073.00 payable in accordance with established payroll procedures. The Coach agrees and acknowledges that this employment does not qualify as service toward continuing contract eligibility, does not constitute teaching experience, and does not create any rights of any type in favor of the Coach other than the compensation referred to herein.

5. This agreement is for an athletic coaching assignment from August 2007 (beginning month and year) through November 2007 (ending month and year) commencing August 2007.

6. The School Board shall deduct from the monetary compensation all deductions required by law.

7. Termination of this agreement by either party shall not, in itself, constitute cause for termination of any separate teaching contract between the Coach and the School Board.

8. The School Board delegates to the Division Superintendent or designee the authority to initiate and terminate this Agreement, and to take such other actions as may be in the school system's interests in regard to performance under this agreement.

9. All Coaches are required to successfully complete the VHSL Coaching Education program no later than one year after beginning their first FCPS coaching contract. By signing below, the Coach certifies that:

    (a) This is my first FCPS coaching contract ☐ yes ☑ no
    (b) I have successfully completed all the components of the program contract ☑ yes ☐ no
    (c) I understand that I must successfully complete (or have successfully completed) all components of the program before receiving a new or renewed coaching contract ☑ yes ☐ no

    I will provide proof of my successful completion of all components of the program on request of the principal.

**This contract must be signed by all parties prior to the beginning of the coaching assignment.**

_____  _____
Chairman of the School Board      Clerk of the School Board

_____  _____  8/9/07
Employee's Signature              Social Security Number          Date

_____  _____  8-27-07
Principal's Signature             School                          Date

Approved By: _____  NOV 30   2073
Assistant Superintendent for Human Resources or Designee

FCPS 00170


ZQ1
18060025D3
HCAD

Employee Number: 116565 -m0

# ATHLETIC COACHING CONTRACT WITH SCHOOL PERSONNEL

This contract is entered into by the **FAIRFAX COUNTY SCHOOL BOARD,** hereinafter referred to as the "School Board," and James Purdham_____, hereinafter referred to as the "Coach."

The School Board and the Coach agree that the Coach will perform the following athletic coaching assignment: Head Coach - Golf_____ subject to the authority of the School Board, under the supervision and direction of the Division Superintendent or designee, subject to the Code of Virginia and subject to the following conditions:

1. The Coach shall perform such pertinent duties during the period of this assignment as are deemed necessary under the authority of the School Board, Division Superintendent, and under supervision and direction of the school principal or designee.

2. The Coach shall comply with all applicable laws, Virginia Board of Education regulations, School Board policies, and regulations of the Division Superintendent now or hereafter in effect.

3. This contract may be terminated by either party with or without cause by providing reasonable notice in writing to the other party. Any Coach may be suspended from the performance of his or her duties at the discretion of the principal prior to the termination of the contract.

4. The School Board agrees to pay the Coach $ 2114.00_____ payable in accordance with established payroll procedures. The Coach agrees and acknowledges that this employment does not qualify as service toward continuing contract eligibility, does not constitute teaching experience, and does not create any rights of any type in favor of the Coach other than the compensation referred to herein.

5. This agreement is for an athletic coaching assignment from August 2008_____ through November 2008_____
commencing August 2008_____.
(beginning month and year)     (ending month and year)

6. The School Board shall deduct from the monetary compensation all deductions required by law.

7. Termination of this agreement by either party shall not, in itself, constitute cause for termination of any separate teaching contract between the Coach and the School Board.

8. The School Board delegates to the Division Superintendent or designee the authority to initiate and terminate this Agreement, and to take such other actions as may be in the school system's interests in regard to performance under this agreement.

9. All Coaches are required to successfully complete the VHSL Coaching Education program no later than one year after beginning their first FCPS coaching contract. By signing below, the Coach certifies that:

   (a) This is my first FCPS coaching contract   ☐ yes ☑ no
   (b) I have successfully completed all the components of the program contract   ☑ yes ☐ no
   (c) I understand that I must successfully complete (or have successfully completed) all components of the program before receiving a new or renewed coaching contract   ☑ yes ☐ no

I will provide proof of my successful completion of all components of the program on request of the principal.

**This contract must be signed by all parties prior to the beginning of the coaching assignment.**

RECEIVED by the OFFICE OF SALARY SERVIC
SEP 2 5 2008

_____     _____
Chairman of the School Board     Clerk of the School Board

_____     _____     9/4/08
Employee's Signature     Social Security Number     Date

_____     _____     9-15-08
Principal's Signature     School     Date

Approved By: _____     NOV 26   2114
Assistant Superintendent for Human Resources or Designee

FCPS 00175